Pursuant to Local Rules 4 and 6 (see back of form for pertinent portions of same) you must complete and return this form immediately if you represent a defendant in this district.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

APPEARANCE AFFIDAVIT OF COUNSEL

UNITED STATES OF AMERICA      )
                              )
              vs              )   CRIMINAL: 4:13CR28
         Daniel Wise          )
                              )
                              )

Enter my appearance as:

(✓) Counsel for Defendant _____Daniel Wise_____
                              Name of Defendant

( ) Co-counsel for Defendant

( ) Local Counsel for Defendant

(✓) I am a member of the Bar in the _____Georgia_____

( ) Enclosed is a certificate of good standing since I am not a member of the Bar of the Southern District of Georgia

( ) I hereby acknowledge receipt of the Local Rules for this U. S. District Court and do further acknowledge the fact that I am familiar with said rules and that my conduct during the course of this case shall be in accordance with said rules, in default of which I may be held on contempt.

( ) Other _____

Dated at ___Savannah, Georgia___      Name ___[signature]___ /S
              City / State                   Robert N. Nye III, Esq.
                                                (Please Print)

on __28th__ day of __February__, 2013    Address ___114 Barnard Street___

                                                   Suite 2C

                                                Savannah, Georgia 31401

                                         Phone ___912-544-0244___

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day I served all parties in this case in accordance with the notice of electronic filing ("NEF") that was generated as a result of electronic filing in this Court.

Respectfully filed this 28th day of February, 2013 .

The Nye Law Group, P.C.

*Robert N. Nye III*

Robert N. Nye III, Esq.
Attorney at Law
Georgia Bar # 315210
Counsel for Daniel Wise

114 Barnard Street
Suite 2C
Savannah, Georgia 31401
912-544-0244 (O)
912-544-0242 (F)
RobNye@thenyelawgroup.com