IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | INDICTMENT NO: 4:13-28 |
| vs. ) | |
| ) | |
| DANIEL JOHN WISE, *et al.* ) | |
| ) | |
| Defendants. ) | |

## MOTION TO ADOPT MOTIONS OF OTHER DEFENDANTS

COMES NOW, Daniel John Wise, by and through his undersigned counsel, and files this Motion to Adopt Motions of Other Defendants and requests an Order to permit Defendant to adopt and have the benefit of motions applicable to him and his case that are filed by co-defendants in this case, unless Defendant specifically informs this Court that he does not wish to adopt a particular motion.

## MEMORANDUM OF LAW

In support of this Motion, Defendant relies generally on the Due Process Clause of the U.S. Constitution and consideration of judicial economy so as not to burden the Court and the Record in this case with repetitive filings.

Respectfully submitted this 23d day of March 2013.

THE NYE LAW GROUP, P.C.:

_____//s//_____
Robert N. Nye III, GA Bar 310215
Attorney for Daniel Wise
114 Barnard Street, Suite 2C
Savannah, Georgia 31401
(912) 544-0244 Option 1
(912) 544-0242 (f)
robnye@thenyelawgroup.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | INDICTMENT NO: 4:13-28 |
| vs. ) | |
| ) | |
| DANIEL JOHN WISE, *et al.* ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

Respectfully submitted this 23d day of March 2013.

							THE NYE LAW GROUP, P.C.:

							_____//s//_____
							Robert N. Nye III, GA Bar 310215
							Attorney for Dan Wise
							114 Barnard Street, Suite 2C
							Savannah, Georgia 31401
							(912) 544-0244 Option 1
							(912) 544-0242 (f)
							robnye@thenyelawgroup.com