# 4:13CR28 U.S.A. VS. SHAWN MICHAEL CLARK, ET AL
## NOTICE TO COUNSEL

**This form should be completed and *E-FILED* no later than JULY 15, 2013.**

Before proceeding with the scheduled motions hearing in this case, **the *Court directs* counsel for the parties to answer the following inquires.**

1. Have all of your pretrial motions been satisfied or otherwise resolved?   **NO**

2. Please list any unresolved motions which require a ruling by the Court and indicate whether argument is requested and/or whether an evidentiary hearing is required.

3. *The Court will schedule a hearing on any unresolved motion(s).*

4. *Motions not listed will be deemed resolved or waived.*

| Nature of Motion | Doc # | Argument Requested | Evidentiary Hearing Required |
|---|---|---|---|
| (1) Motion to Adopt | 92 | Yes | NO |
| (2) Motion to Dismiss | 124 | Yes | NO |
| (3) | | | |
| (4) | | | |
| (5) | | | |
| (6) | | | |
| (7) | | | |
| (8) | | | |
| (9) | | | |
| (10) | | | |

Robert N. Nye II
Print Attorney's Name

Dan Wise
Print Defendant's Name

Clerk, U. S. District Court
Attention: Sherri Flanders
P. O. Box 8286
Savannah, Georgia 31412
912- 650-4035
*FAX:* 912-650-4030
*E-MAIL:* SHERRI_FLANDERS@GAS.USCOURTS.GOV