IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | INDICTMENT NO. 4:13CR0028 |
| v. ) | |
| ) | |
| DANIEL WISE, el. al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CONSENT MOTION TO TRAVEL BEYOND TRAVEL RESTRICTIONS

COMES NOW Defendant Daniel Wise, by and through his undersigned counsel, and moves this Court for permission to travel outside the Federal Southern District of Florida and Brooklyn New York from August 30 to September 1, 2013 for purposes of moving his daughter to reside with him, and states the following in support thereof:

1. Mr. Wise's 11 year old daughter currently resides in Brooklyn New York with her biological mother. The mother has consented to the daughter permanently residing with Mr. Wise in Florida. Mr. Wise's requests the Court's permission to travel to Brooklyn New York by plane on August 30, 2013 and return to the Southern District of Florida by vehicle by September 1, 2013.

2. The Government and US Probation Office do not oppose this travel request.

WHEREFORE, Defendant prays that this Court grant said motion and allow for travel outside the Federal Southern District of Florida to Brooklyn New York for purposes of moving his daughter from August 30, 2013 to September 1, 2013.

Filed this 28th day of August, 2013.

                                                The Nye Law Group, P.C.:

                                                _____//s//_____  
Robert N. Nye III, Esq.  
114 Barnard Street, Suite 2C  
Savannah, GA 31401  
912-544-0244  
912-544-0242 (Fax)  
robnye@thenyelawgroup.com  
Counsel for Defendant Wise

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | INDICTMENT NO. 4:13CR0028 |
| v. ) | |
| ) | |
| DANIEL WISE, el. al. ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

The undersigned certifies that on this day I served all parties in this case in accordance with the notice of electronic filing ("NEF") that was generated as a result of electronic filing in this Court.

Respectfully filed this 28th day of August, 2013.

The Nye Law Group, P.C.

_____//s//_____
Robert N. Nye III, Esq.
Georgia Bar # 315210
Counsel for Defendant

114 Barnard Street, Suite 2C
Savannah, Georgia 31401
912-544-0244 (O)
912-544-0242 (F)
RobNye@thenyelawgroup.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) INDICTMENT NO. 4:13CR0028 |
| v. | ) |
| | ) |
| DANIEL WISE, el. al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER

WHEREFORE upon careful consideration of counsel's Motion For Defendant's Travel Outside the Southern District of Georgia in the above captioned case and for good cause shown, counsel's motion is hereby ordered **GRANTED**.  Defendant shall be allowed to travel to Brooklyn New York on August 30, 2013 but shall return to the Southern District of Florida on September 1, 2013.

THIS _____ day of August, 2013.

_____
G.R. SMITH, JUDGE
U.S. Magistrate Court, Southern District of Georgia

Order Prepared By: Robert N. Nye III, Esq.