IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | INDICTMENT NO. 4:13CR0028 |
| v.                          ) | |
| ) | |
| DANIEL WISE, el. al.        ) | |
| ) | |
| Defendants.                 ) | |
| ) | |

## MOTION TO MODIFY PRE-TRIAL TRAVEL RESTRICTIONS

COMES NOW Defendant Daniel Wise, by and through his undersigned counsel, and moves this Court for permission to travel outside the Federal Southern District of Florida and into the Federal Middle District of Florida (primarily Orlando) for purposes of work, and states the following in support thereof:

1. Mr. Wise works for Destrier Consulting Services, L.L.C. , with its primary office in Delray Beach, FL.  The pretrial bond order restricts Mr. Wise's current travel to the Federal Southern District of Florida and Southern District of Georgia (for court/lawyer visits only).  His current work duties require him to travel to Orlando, which is in the Federal Middle District of Florida, for purposes of company merger/valuation operations.

2. The US Probation Office do not oppose this modification of pre-trial travel restrictions.

WHEREFORE, Defendant prays that this Court grant said motion and allow for travel outside the Federal Southern District of Florida to the Federal Middle District of Florida for purposes of work.

Filed this 27th day of August, 2013.

                                              The Nye Law Group, P.C.:

                                              _____//s//_____
                                              Robert N. Nye III, Esq.
                                              114 Barnard Street, Suite 2C
                                              Savannah, GA 31401
                                              912-544-0244
                                              912-544-0242 (Fax)
                                              robnye@thenyelawgroup.com
                                              Counsel for Defendant Wise

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | INDICTMENT NO. 4:13CR0028 |
| v. ) | |
| ) | |
| DANIEL WISE, el. al. ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

The undersigned certifies that on this day I served all parties in this case in accordance with the notice of electronic filing ("NEF") that was generated as a result of electronic filing in this Court.

Respectfully filed this 27th day of August, 2013.

                                                      The Nye Law Group, P.C.

                                                     _____//s//_____
                                                     Robert N. Nye III, Esq.

114 Barnard Street, Suite 2C                  Georgia Bar # 315210
Savannah, Georgia 31401                     Counsel for Defendant
912-544-0244 (O)
912-544-0242 (F)
RobNye@thenyelawgroup.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | INDICTMENT NO. 4:13CR0028 |
| v. ) | |
| ) | |
| DANIEL WISE, el. al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER

WHEREFORE upon careful consideration of counsel's Motion to Modify Pre-Trial Travel Restrictions in the above captioned case and for good cause shown, counsel's motion is hereby ordered **GRANTED**. Defendant shall be allowed to travel to and from the Federal Middle District of Florida.

THIS _____ day of _____, 2013.

_____
G.R. SMITH, JUDGE
U.S. Magistrate Court, Southern District of Georgia

Order Prepared By: Robert N. Nye III, Esq.