FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 AUG 29  PM 2:04

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | INDICTMENT NO. 4:13CR0028 |
| v. ) | |
| ) | |
| DANIEL WISE, el. al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

WHEREFORE upon careful consideration of counsel's Motion For Defendant's Travel Outside the Southern District of Georgia in the above captioned case and for good cause shown, counsel's motion is hereby ordered **GRANTED**. Defendant shall be allowed to travel to Brooklyn New York on August 30, 2013 but shall return to the Southern District of Florida on September 1, 2013.

THIS 29TH day of August, 2013.

_____
G.R. SMITH, JUDGE
U.S. Magistrate ~~Court~~, Southern District of Georgia

Order Prepared By: Robert N. Nye III, Esq.