## UNITED STATES DISTRICT COURTS

## SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 4:13CR28 |
| ) | |
| DANIEL JOHN WISE, et al. ) | |

### MOTION FOR LEAVE OF ABSENCE

ROBERT N. NYE III, counsel for the above named defendant in the above-styled case, files the following motion pursuant to LR 83.9, and request this Honorable Court for a Leave of Absence from October 18, 2013, to October 27, 2013. Defense counsel states, in support of this motion, that he has a scheduled family vacation from October 18, 2013 to October 27, 2013 in Key West, Florida.

### Conclusion

For the forgoing reason, Robert N. Nye III respectfully requests that he be granted leave of absence for the dates and cases noted above.

Respectfully submitted this 17th day of September, 2013.

THE NYE LAW GROUP, P.C.

_____//s//_____
Robert N. Nye III
Counsel for Dan Wise
GA Bar No. 315210

114 Barnard Street, Suite 2C
Savannah, GA 31401
912-544-0244 Office
912-544-0242 Fax

## UNITED STATES DISTRICT COURTS

## SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 4:13CR28 |
| ) | |
| DANIEL JOHN WISE, et al.  ) | |

## CERTIFICATE OF SERVICE

The undersigned attorney of record for the defendant hereby certifies that a copy of the forgoing Motion for Leave of Absence was served upon all parties of interest via the Electronic Court Filing System.

This 17th day of September, 2013

                                                                 //s//
ROBERT N. NYE III
Attorney for Daniel John Wise
GA Bar No. 315210

# UNITED STATES DISTRICT COURTS

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                      ) | CASE NO. 4:13CR28 |
| ) | |
| DANIEL JOHN WISE, et al.        ) | |

### ORDER

Robert N. Nye III, counsel of record for the Defendant, Daniel John Wise, in the above-styled case, has moved for leave of absence from October 18, 2013 to October 27, 2013. The Court is mindful that personal and professional obligations require the absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the time requested. However, nothing shall prevent the case from going forward; all discovery shall proceed; status conference, pretrial conferences, and trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide fitting substitution.

SO ORDERED, this _____ day of _____, 2013.

WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA