UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:13CR28 |
| | ) | |
| DANIEL WISE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

As previously directed in open court, the conditions of release for the above-referenced defendant are hereby modified to include the following:

> Defendant may travel to the Middle District of Florida for work purposes only and with prior approval of the supervising officer.

All other conditions of release as previously set remain in full force and effect.

SO ORDERED, this 24th day of September, 2013.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA