UNITED STATES DISTRICT COURTS
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 4:13CR28 |
| | ) | |
| DANIEL JOHN WISE, et al. | ) | |

### DEFENDANT'S SECOND MOTION TO ADOPT AND MEMORANDUM IN SUPPORT OF MOTION TO ADOPT

**COMES NOW** the Defendant Daniel John Wise, by and through his attorney of record Robert N. Nye III, who files this motion asking that this Court allow him to adopt the Motion to Exclude the Government's Expert Witnesses, Dr. Gene Kennedy and Dr. Martin Zdanowicz, filed on behalf of the Defendant Dr. Najam Azmat. In the support of this Motion Defendant Wise shows to the Court the following:

1. On October 25, 2013 the Defendant Dr. Najam Azmat filed a motion to exclude the testimony of the Government's expert witnesses Dr. Gene Kennedy and Dr. Zdanowicz. (Docket# 241)

2. Dr. Azmat's counsel also requested an evidentiary hearing which request is also joined in by the undersign.

3. Other than having the Defendant Clark file a similar motion it is more economical to allow him, through his counsel, to adopt the motion filed by Dr. Azmat.

4. The defendant relies upon the Due Process clause and the consideration of judicial economy so as not to burden the Court, nor clutter the record by having numerous repetitive pleadings.

WHEREFORE Defendant Wise prays for an Order allowing him to join in the motion filed by Dr. Azmat seeking to exclude testimony from the Government's expert witnesses on grounds set forth in said motion.

This 5th day of November 2013.

THE NYE LAW GROUP, P.C.


_____//s//_____
Robert N. Nye III, Esq.
Attorney at Law
Georgia Bar# 31520


114 Barnard Street
Suite 2C
Savannah, Georgia 31401
912-200-5230
Fax 912-335-6553
RobNye@thenyelawgroup.com

UNITED STATES DISTRICT COURTS
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 4:13CR28 |
| | ) | |
| DANIEL JOHN WISE, et al. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all parties in this case in accordance with the Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing in this Court.

This 5th day of November 2013.

THE NYE LAW GROUP, P.C.

_____//s//_____
Robert N. Nye III, Esq.
Attorney at Law
Georgia Bar# 31520

114 Barnard Street
Suite 2C
Savannah, Georgia 31401
912-200-5230
Fax 912-335-6553
RobNye@thenyelawgroup.com

UNITED STATES DISTRICT COURTS
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 4:13CR28 |
| | ) | |
| DANIEL JOHN WISE, et al. | ) | |

## ORDER

The Defendant's Motion to Adopt the Motion to Exclude Government's Experts Dr. Gene Kennedy and Dr. Martin Zdanowicz, and requesting an evidentiary hearing, having been read and considered the same is hereby **GRANTED**. The Court will allow the Defendant Daniel John Wise to be deemed to have adopted said motion just as if he had filed a verbatim copy of the same.

SO ORDERED this _____ day of _____, 2013.

HONORABLE G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA