UNITED STATES DISTRICT COURTS
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 4:13CR28 |
| | ) | |
| DANIEL JOHN WISE, et al. | ) | |

## DEFENDANT'S THIRD MOTION TO ADOPT CO-DEFENDANT'S VOIR DIRE AND REQUEST TO CHARGE

**COMES NOW** the Defendant Daniel John Wise, by and through his attorney of record Robert N. Nye III, who files this motion asking that this Court allow him to adopt co-defendant's Voir Dire and Request to Charge (Docs 284 and 285), filed on behalf of the Defendant Dr. Najam Azmat. In support of this Motion, Defendant relies generally on the Due Process Clause of the U.S. Constitution and consideration of judicial economy so as not to burden the Court and the Record in this case with repetitive filings for similarly situation defendants.

WHEREFORE Defendant Wise prays for an Order allowing him to join in the Co-Defendant's proposed Voir Dire and Request to Charge.

This 18th day of December 2013.

THE NYE LAW GROUP, P.C.

_____//s//_____
Robert N. Nye III, Esq.
Attorney at Law
Georgia Bar# 31520

114 Barnard Street
Suite 2C
Savannah, Georgia 31401
912-200-5230
Fax 912-335-6553
RobNye@thenyelawgroup.com

UNITED STATES DISTRICT COURTS
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 4:13CR28 |
| | ) | |
| DANIEL JOHN WISE, et al. | ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case in accordance with the Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing in this Court.

This 18th day of December 2013.

THE NYE LAW GROUP, P.C.

_____//s//_____
Robert N. Nye III, Esq.
Attorney at Law
Georgia Bar# 31520

114 Barnard Street
Suite 2C
Savannah, Georgia 31401
912-200-5230
Fax 912-335-6553
RobNye@thenyelawgroup.com

UNITED STATES DISTRICT COURTS
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 4:13CR28 |
| | ) | |
| DANIEL JOHN WISE, et al. | ) | |

**ORDER**

The Defendant's Motion to Adopt Co-Defendant's Voir Dire and Request to Charge, having been read and considered the same is hereby **GRANTED.** The Court will allow the Defendant Daniel John Wise to be deemed to adopted said motions just as if he had filed a verbatim copy of the same.

SO ORDERED this_____day of_____, 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA