IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR 413-28 |
| | ) | |
| v. | ) | |
| | ) | |
| **DANIEL JOHN WISE** | ) | |

## GOVERNMENT'S NOTICE OF PLEA AGREEMENT

NOW COMES THE UNITED STATES OF AMERICA, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. §3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending herein against the defendant. A copy of the plea agreement has been provided to the Court for its consideration. The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

*/s/ Karl I. Knoche*

Karl I. Knoche
Assistant United States Attorney
Georgia Bar No. 426624

P.O. Box 8970
Savannah, Ga. 31412
(912) 652-4422

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 24th day of December, 2013.

               Respectfully submitted,

               EDWARD J. TARVER
               UNITED STATES ATTORNEY

               *s/ Karl I. Knoche*

               Karl I. Knoche
               Assistant United States Attorney
               Georgia Bar No. 426624

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422