IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | INDICTMENT NO. 4:13CR00220 |
| v. ) | |
| ) | |
| DANIEL WISE, el. al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW Defendant Daniel Wise, by and through his undersigned counsel, and moves this Court to continue Mr. Wise's sentencing hearing to *no earlier than July 29, 2014* and states the following in support thereof:

1. The Court has notified the parties that is desires to sentence Mr. Wise on Monday, July 21 in Savannah at 3 p.m. (Doc. 9) Mr. Wise has summer custodial visitation of his daughter, K. Wise, who will be flying from New York to West Palm Beach on July 19, 2014. She will remain with Mr. Wise until July 29, 2014. She will then fly back to New York, where her mother resides. (See Exhibit A: Flight Itinerary, K. Wise) In contemplation of the court's potential sentence for Mr. Wise, this may be the last unsupervised visitation time he may have with his daughter for some time.

2. The Government *does not oppose* this motion for a continuance.

WHEREFORE, Defendant prays that this Court grant said motion and continue Mr. Wise's sentencing hearing to ***not earlier than July 29, 2014***.

Filed this 14th day of July, 2014.

The Nye Law Group, P.C.:

_____//s//_____
Robert N. Nye III, Esq.
114 Barnard Street, Suite 2C
Savannah, GA 31401
912-200-5230
912-335-6553 (Fax)
robnye@thenyelawgroup.com
Counsel for Defendant Wise

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | INDICTMENT NO. 4:13CR0022 |
| v. | ) | |
| | ) | |
| DANIEL WISE, el. al. | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this day I served all parties in this case in accordance with the notice of electronic filing ("NEF") that was generated as a result of electronic filing in this Court.

Respectfully filed this 14th day of July, 2014.

The Nye Law Group, P.C.

_____//s//_____
Robert N. Nye III, Esq.
Georgia Bar # 315210
Counsel for Defendant

114 Barnard Street, Suite 2C
Savannah, Georgia 31401
912-200-5230 (O)
912-335-6553 (F)
RobNye@thenyelawgroup.com