# EXHIBIT A

From: **Daniel Wise** dwise1127@gmail.com
Subject: Fwd: KAITLYN W NYC-LAGUARDIA 19JUL14
Date: July 14, 2014 at 12:19 PM
To: Rob Nye robnye@thenyelawgroup.com

---------- Forwarded message ----------
From: **Creditexpert01** <creditexpert01@gmail.com>
Date: Fri, Jul 11, 2014 at 7:06 PM
Subject: Fwd: KAITLYN W NYC-LAGUARDIA 19JUL14
To: Daniel Wise <dwise1127@gmail.com>

---------- Forwarded message ----------
From: **Nicole Schiller** <nicoleaschiller@gmail.com>
Date: Thu, Jul 3, 2014 at 8:00 PM
Subject: Fwd: KAITLYN W NYC-LAGUARDIA 19JUL14
To: danny wise <creditexpert01@gmail.com>

Sent from my iPhone

Begin forwarded message:

From: "Delta Air Lines" <DeltaAirLines@e.delta.com>
Date: July 3, 2014 at 7:53:35 PM EDT
To: nicoleaschiller@gmail.com
Subject: **KAITLYN W NYC-LAGUARDIA 19JUL14**
Reply-To: "Delta Air Lines" <support-b68ckqybfpayqkau0hil5qc214ha1v@e.delta.com>

Comment/Complaint ?



delta.com   My Trips   Earn Miles

# YOUR ITINERARY AND RECEIPT



**To access your boarding pass at the airport,** print email now and scan at a Delta self-service kiosk.

**Please review before your trip:**

Check in for your flight up to 24 hours prior to departure at delta.com or with the Fly Delta app - also check flights, change seats, reserve car and hotels, and much more.

Make changes to eligible electronic tickets through My Trips at delta.com.

If you need to contact Delta for assistance please call 1-800-221-1212 or visit delta.com/help.

**Thanks for choosing Delta.**
Flight Confirmation #: F9WEWQ | Ticket #: 00621849126334

**CHECK IN ONLINE >**

## Your Flight Information

**Sat 19JUL**

| LV **8:05am** | NYC-LAGUARDIA | AR **11:00am** | WEST PALM BEACH | **DELTA 2395** ECONOMY (X) Snacks For Sale |

**Tue 29JUL**

| | | | | |
|---|---|---|---|---|
| LV **5:45pm** | WEST PALM BEACH | AR **8:37pm** | NYC-LAGUARDIA | **DELTA 1174** ECONOMY (V) Snacks For Sale |

ⓘ Please note that our New York-LaGuardia Airport (LGA) flights now depart from Terminal C, as well as from Terminal D and the Marine Air Terminal. As gate and terminal information are subject to change, it's best to check within 4 hours of your flight's departure via Online Check-in, Flight Status or the Fly Delta app. Gates C15 – C32 are located in Terminal C and gates D1 – D11 are located in Terminal D.

### Offset your Carbon Emissions

We have partnered with The Nature Conservancy to allow you to offset your carbon emissions for this trip. Go to delta.com/CO2 to calculate your CO2 emissions and learn more about offsetting.

### Your Flight Details   Manage Trip ›

| Passenger Details | Flights | Seats |
|---|---|---|
| K▇▇▇▇WISE ›Add SkyMiles # ›Join SkyMiles | DELTA 2395 DELTA 1174 | Select Seat Select Seat |

***Visit delta.com or use the Fly Delta app to view, select or change your seat
If you purchased an Economy Comfort seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

### Receipt Information

**Billing Details**

| | | |
|---|---|---|
| **Passenger:** K▇▇▇▇ WISE | **Payment Method:** VI************6745 | **Ticket Number:** 00621849126334 |

| | |
|---|---|
| **FARE:** | 265.11 USD |
| **Taxes/Carrier-imposed Fees:** | 41.89 |
| **Ticket Amount:** | 307.00 USD |

This ticket is non-refundable unless issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

### Details - Taxes/Carrier-imposed Fees

**Total:** 41.89
**Itemized:** 5.00 AY 9.00 XF 8.00 ZP 19.89 US

### Fare Details

**NYC DL PBI Q13.95 136.74XA14A0NP DL NYC Q9.30 105.12VA21B3NP USD265.11END ZP LGAPBI XF LGA4.5PBI4.5**

### Ticketing Details

| Passenger: | Ticket #: | Place of Issue: | Issue Date: | Expiration Date: |
|---|---|---|---|---|
| K▓▓▓ WISE | 00621849126334 | MSPRES | 03JUL14 | 03JUL15 |

### Baggage Fees

Thank you for being a valued customer. The fees below are based on your original ticket purchase information. If you qualify for free or discounted checked baggage, this will be taken into account when you check in.

| Airline Rule Applied | Origin | Destination | Baggage | | | Tax | Total |
|---|---|---|---|---|---|---|---|
| **Sat 19 Jul 2014** | | | | | | | |
| DELTA | LGA | PBI | FREE [1] CARRY ON | $25 FIRST | $35 SECOND | $0.00 | $60.00 |
| Visit delta.com for details on baggage embargos that may apply to your itinerary. | | | | | | | $60.00 |
| **Tue 29 Jul 2014** | | | | | | | |
| DELTA | PBI | LGA | FREE [1] CARRY ON | $25 FIRST | $35 SECOND | $0.00 | $60.00 |
| Visit delta.com for details on baggage embargos that may apply to your itinerary. | | | | | | | $60.00 |

1: On Delta-operated flights, you may carry on one bag and a small personal item free of charge. Carry-on allowances may differ and fees may apply for flights operated by carriers other than Delta. Contact the operating carrier for detailed carry-on limitations and charges.

BusinessElite/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond the regular free allowance. Travelers to/from Key West, Florida are limited to one checked bag.

At the time of check in with Delta for Delta-marketed and Delta-operated flight(s) (including Delta connection), SkyMiles Medallion® members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage.

At the time of check in with Delta for Delta-marketed and Delta-operated flight(s) (including Delta connection), Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. Waiver is only for normal bag fee, if any, for the first checked bag that is not overweight or oversize under Delta's applicable rules as set forth in Delta's contract of carriage. See delta.com/firstbagfree for more details.

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contract the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

Questions regarding your upcoming flight? Please contact us at the following:
Delta 1-800-221-1212 | Air France 1-800-237-2747 | Alitalia 1-800-223-5730 | KLM 1-800-618-0104



**SKYMILES**
BUY AND TRANSFER MILES. >
Need more miles? Buy and transfer miles on delta.com.

**HILTON HHONORS**
HILTON HHONORS. >
Earn up to 500 miles per stay or 1 mile per eligible dollar spent with Hilton HHonors.

**Hertz.**
HERTZ. >
Save up to 40% and earn 3,400 miles or more with this best-in-market Hertz offer.

**Allianz Global Assistance**
TRIP INSURANCE. >
Protect your trip against trip cancellations and interruptions with valuable insurance from Allianz Global Assistance

## Terms & Conditions

### Conditions of Carriage

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring action against us.
- Our right to change terms of the contract.
- Check-in requirements and other rules established when we may refuse carriage.
- Our rights and limits of our liability for delay of failure to perform service, including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications.

Do you have comments about our service? Please email us to share them with us. This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

COPYRIGHT INFORMATION
This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email. Please do not respond to this message.

### Privacy Policy
Your privacy is important to us. Please review our Privacy Policy.

© 2014 Delta Air Lines, Inc. All rights reserved.